# In the United States Court of Federal Claims

No. 08-218 C
(Filed July 23, 2008)

******************************
MARY LAFERRIERE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

The parties filed their Joint Preliminary Status Report on July 18, 2008. **By no later than Friday, August 1, 2008**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings, including whether discovery will be conducted, in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge