# In the United States Court of Federal Claims

No. 08-218 C
(Filed July 24, 2008)

| | |
|---|---|
| MARY LAFERRIERE, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The parties filed their Joint Preliminary Status Report on July 18, 2008. **A preliminary scheduling conference will be held on Thursday, July 31, 2008, at 11:00 a.m., Eastern Daylight Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge