# In the United States Court of Federal Claims

No. 08-218 C
(Filed July 25, 2008)

******************************
MARY LAFERRIERE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**REVISED PRELIMINARY SCHEDULING CONFERENCE ORDER**

On July 24, 2008, the court set the preliminary scheduling conference for Thursday, July 31, 2008, at 11:00 a.m. Following consultation with the parties, the court makes the following revision: **A preliminary scheduling conference will be held on Thursday, July 31, 2008, at 11:30 a.m., Eastern Daylight Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge