# In the United States Court of Federal Claims

No. 08-218 C
(Filed July 31, 2008)

*******************************
MARY LAFERRIERE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

**ORDER**

On July 31, 2008, the court conducted a preliminary scheduling conference with the parties. During the conference, counsel for both parties indicated that this case should be stayed pending the outcome of two related cases, Hamilton v. United States, No. 06-680C and Stocum v. United States, No. 07-03C, currently pending before the undersigned. Counsel for the parties in the instant case are identical to those in Hamilton and Stocum. In July 2008, the parties in Hamilton and Stocum completed briefing on defendant's motions for judgment on the pleadings. Additionally, plaintiffs in Hamilton and Stocum filed their motions for partial summary judgment on July 31, 2008.

Based upon the parties' request, the court hereby **STAYS** these proceedings until the court adjudicates the pending dispositive motions in Hamilton and Stocum.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge